## UNITED STATES
v.
## REUBEN RICE

1811

### Journal Entries

1. Plea; issue; jurors; verdict; discharge . . . *Journal, infra, **p. 370

### Papers in File

1. Affidavit of Samuel B. Goodrich . . . . . . . . . . .
2. Capias and search warrant . . . . . . . *Printed in Vol. 2*
3. Indictment . . . . . . . . . . . . . "
4. Forged note of Bank of Columbia . . . . . . . . .
5. Forged note of Newark Banking & Ins. Co. . . . . . .
6. Forged note of Bank of Albany . . . . . . . . . .

7. Forged note of Farmers Ex. Bank . . . . . . . . . .
8.–10. Forged notes of Manhattan Co. . . . . . . . . . .